# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SCHOORS,<br><br>                    Plaintiff,<br><br>  v.<br><br>OCEANUS DEVELOPMENT CORP., *et al.*,<br><br>                    Defendants. | Case No. 19-cv-01620-BAS-LL<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**[ECF No. 4]** |

    On October 7, 2019, Defendants filed a joint motion requesting an extension of time to respond to Plaintiff's complaint. (ECF No. 4.) Defendants state that they were served on September 23, 2019 and are therefore required to respond by October 14, 2019. (*Id.* at 2.) The parties now request a 30-day extension because they intend to discuss the issues underlying this action, which, according to Defendants, "may facilitate narrowing of the issues, facilitate disclosures, or lead to an early resolution" of the action. (*Id.*)

    After reviewing the joint motion, and good cause appearing, the Court **GRANTS** Defendants an extension of time to respond to Plaintiff's complaint. Defendants' responsive pleading is due no later than **November 13, 2019**.

**DATED: October 7, 2019**

Hon. Cynthia Bashant
United States District Judge

- 1 -

19cv1620